

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Lupe Holdings LP, Tres Habaneros/Pearland, Ltd and Tres Habaneros, Ltd v. Tomas Sanchez

Appellate case number:   01-21-00351-CV

Trial court case number: 2020-46140

Trial court:             189th District Court of Harris County

This is an accelerated appeal from an interlocutory order denying appellants' motion to compel arbitration. The parties have filed an agreed motion to stay the underlying proceedings pending this Court's disposition of the appeal. *See* TEX. R. APP. P. 28.2(f).

The motion is **granted** and the proceedings in the trial court are **stayed** pending disposition of this appeal.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
      ☑ Acting individually   ☐ Acting for the Court


Date: __August 17, 2021____